TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>WILBER CASTELLANOS HERNANDEZ,<br><br>        Defendant. | <u>FELONY COMPLAINT</u><br><br>MAGIS NO.  2:24mj107-DAO<br><br>VIOS. COUNT 1, 18 U.S.C. §2119, CARJACKING;<br><br>COUNT 2, MAIL THEFT, 18 U.S.C. §1708. |

**COUNT 1**
(18 U.S.C. § 2119)
Carjacking

On or about February 5, 2024, in the District of Utah,

**WILBER CASTELLANOS HERNANDEZ,**

1

the defendant herein, knowingly and with intent to cause death and serious bodily harm, did take and attempted to take a motor vehicle that has been transported, shipped and received in interstate, or foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

**COUNT 2**
(18 U.S.C. § 1708)
Mail Theft

On or about February 5, 2024, in the District of Utah,

**WILBER CASTELLANOS HERNANDEZ,**

the defendant herein, did knowingly steal and take from an authorized mail truck, located at 1616 W Northwood Ave in Salt Lake City Utah, letters, packages, and mail addressed to others; all in violation 18 U.S.C. § 1708.

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

1. Your affiant is a Salt Lake City Police officer and has been a police officer for over 16 years.  Your affiant has worked several years investigating burglary, theft crimes, aggravated assaults, assaults, robberies, and is currently assigned to the Salt Lake City Police Departments' Robbery and Violent Crimes Unit, as well as a Task Force Officer with the FBI Violent Crimes Task Force, investigating violent crimes against persons. Prior to that, your affiant worked in a patrol function investigating and responding to calls for service.  Your affiant has investigated thousands of cases. Your affiant has

also received specialized training related to current crime trends, crime recognition, and investigative techniques. The information contained in this complaint is based on an investigation conducted by me along with officers from the Salt Lake City Police Department (SLCPD) and agents with the US Postal Inspection Service and FBI.

2. On 02/05/2024, at 1616 W Northwood Ave in Salt Lake City Utah, SLCPD were called to respond to a report of a suspicious person breaking into vehicles in the area. Upon officers' arrival they were told by witnesses and Postal employee victim, R.W., that the suspect had stolen his mail truck.  Witnesses stated they initially saw the suspect walking around checking car door handles.  They called the police and were giving updates on the suspect's location when the suspect approached a parked, unoccupied mail vehicle, and he got into the driver's seat.

3. Postal employee, mail carrier, R.W. said that he had observed the suspect being followed by some people and then saw the suspect getting into his mail vehicle.  R.W. said he ran over to the mail truck and yelled at the suspect to get out of the vehicle. R.W. said that the suspect was holding a knife and pointed the knife at him threatening him and the other people there with it.  R.W. said one of the witnesses used a piece of wood to try and hit the suspect to stop him, but the suspect was able to start the truck using the keys that had been left in the vehicle, and the suspect fled the area in the vehicle. The mail truck contained mail matter including, letters, packages and mail addressed to other people.

4. The postal inspectors and postal employees were able to get location information for the stolen mail truck using GPS locating technology in the vehicle. Other police

jurisdictions in the area north of Salt Lake were notified as that was the direction the suspect was travelling in the stolen mail truck. While driving through different Davis County jurisdictions, the mail truck was being reported to local police agencies as being driven recklessly and being involved in minor traffic accidents with other vehicles.

5. The mail truck was subsequently located and stopped by assisting police officers in Davis County, at 520 W Porter Ln in West Bountiful. The suspect was eventually taken into custody after initially refusing to get out of the mail truck. The suspect was brought to the Salt Lake City Public Safety Building.

6. By use of a fingerprint scanner utilized by the FBI, the suspect was identified as Wilber Castellanos Hernandez (HERNANDEZ). With assistance by Spanish speaking FBI Agent Ryan Thornton, HERNANDEZ was advised of his Miranda rights and was subsequently questioned about this incident. HERNANDEZ said he saw a vehicle which he recognized to be a mail truck because it was white with the mail decals on it and got into the vehicle. HERNANDEZ said while he was in the mail truck, he was approached by a male who he recognized as a mail employee. HERNANDEZ said the male was wearing a mail carrier uniform, and this person told him to get out of his mail truck. HERNANDEZ admitted to pulling out a knife threatened the mail carrier, started the mail truck and fled the area. HERNANDEZ said while he was driving the mail truck, he started throwing mail out of the vehicle.

7. A mail scanning device which had originally been in the mail vehicle was recovered but it was now broken, and it was reported that several pieces of mail had been

opened or damaged that were still in the truck. Mail had been reportedly thrown from the mail truck while it was being driven by HERNANDEZ.

8. Based on the foregoing information, your affiant respectfully requests that a felony complaint and arrest warrant be issued for Wilber Castellanos Hernandez for a violations of 18 U.S.C Section 2119, and 1708.

Dated this 6th day of February 2024.

*Michael Coles*
Michael Coles
Detective SLCPD
TFO FBI

9. Subscribed and sworn to before me, this 6th day of February 2024.

*Daphne A. Oberg*
DAPHNE A. OBERG
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

*Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney