TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 14 '24 PM03:10

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOS:<br>COUNT 1: 18 U.S.C. § 2119, Carjacking;<br>COUNT 2: 18 U.S.C. § 1708, Mail Theft:<br>COUNT 3, 18 U.S.C. § 641, Theft of<br>Government Property. |
| vs. | |
| WILBER CASTELLANOS HERNANDEZ, | Case: 2:24-cr-00036<br>Assigned To : Barlow, David<br>Assign. Date : 02/13/2024<br>Description: USA v. Castellanos-Hernandez |
| Defendant. | |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 2119
(Carjacking)

On or about February 5, 2024, in the District of Utah,

**WILBER CASTELLANOS HERNANDEZ,**

the defendant herein, knowingly and with intent to cause death and serious bodily harm, did take and attempt to take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of another by force, violence, and intimidation; all in violation of 18 U.S.C. § 2119.

## COUNT 2
18 U.S.C. § 1708
(Mail Theft)

On or about February 5, 2024, in the District of Utah,

**WILBER CASTELLANOS HERNANDEZ,**

the defendant herein, did knowingly and willfully steal and take from an authorized mail truck, located at 594 N. Redwood Road, Salt Lake City, Utah, letters, packages, and mail addressed to others; all in violation 18 U.S.C. § 1708.

## COUNT 3
18 U.S.C. § 641
(Theft of Government Property)

On or about February 5, 2024, in the District of Utah,

**WILBER CASTELLANOS HERNANDEZ,**

the defendant herein, willfully and knowingly did steal and purloin government property, this is a United States Postal Service vehicle, and the contents therein, including mail

matter, of a value exceeding $1,000.00 of the goods and property of the United States, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney